MICHELE BECKWITH
Acting United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
May 05, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON LIPP,<br><br>Defendant. | CASE NO. 2:25-MJ-0076 JDP<br><br>36 C.F.R. § 261.6(a) – Cutting or Damaging Timber; 36 C.F.R. § 261.10(a) – Constructing, Placing, or Maintaining Road; 36 C.F.R. § 261.10(e) – Leaving Personal Property; 36 C.F.R. § 261.58(a) – Camping Longer than Allowed by Order (Two Counts) |

I N F O R M A T I O N

COUNT ONE: [36 C.F.R. § 261.6(a) – Cutting or Damaging Timber]

The United States Attorney charges: T H A T

JASON LIPP,

defendant herein, between on or about April 20, 2024, and on or about December 13, 2024, in Calaveras County, State and Eastern District of California, cut, or otherwise damaged timber, tree, and other forest product, without authorization by special use authorization, timber sale contract, or Federal law or regulation in violation of Title 36, Code of Federal Regulations, Section 261.6(a), a Class B misdemeanor.

///

///

///

INFORMATION                               1

COUNT TWO: [36 C.F.R. § 261.10(a) – Constructing, Placing, or Maintaining Road]

The United States Attorney further charges: T H A T

JASON LIPP,

defendant herein, between on or about April 20, 2024, and on or about December 13, 2024, in Calaveras County, State and Eastern District of California, constructed, placed, and maintained a road, trail, structure, and other improvement on National Forest System lands and facilities and made a significant surface disturbance on National Forest System lands without a special use authorization, contract, approved plan of operations, and other written authorization when that written authorization is required in violation of Title 36, Code of Federal Regulations, Section 261.10(a), a Class B misdemeanor.

COUNT THREE: [36 C.F.R. § 261.10(e) – Leaving Personal Property]

The United States Attorney further charges: T H A T

JASON LIPP,

defendant herein, between on or about December 13, 2024, and on or about May 1, 2025, in Calaveras County, State and Eastern District of California, left personal property unattended for longer than 72 hours, in a location where longer periods have not been designated in violation of Title 36, Code of Federal Regulations, Section 261.10(e), a Class B misdemeanor.

COUNT FOUR: [36 C.F.R. § 261.58(a) – Camping for Longer Than Allowed by Order]

The United States Attorney further charges: T H A T

JASON LIPP,

defendant herein, between on or about April 18, 2024, and on or about July 29, 2024, in Calaveras County, State and Eastern District of California, camped for a period longer than allowed by order in violation of Title 36, Code of Federal Regulations, Section 261.58(a), a Class B misdemeanor.

///
///
///
///
///
///

1  COUNT FIVE: [36 C.F.R. § 261.58(a) – Camping for Longer Than Allowed by Order]

2       The United States Attorney further charges: T H A T

3                                 JASON LIPP,

4  defendant herein, between on or about July 30, 2024, and on or about December 13, 2024, in Calaveras

5  County, State and Eastern District of California, camped for a period longer than allowed by order in

6  violation of Title 36, Code of Federal Regulations, Section 261.58(a), a Class B misdemeanor.

   Dated:                                    MICHELE BECKWITH
                                             Acting United States Attorney

                                       By:   /s/Nchekube Onyima
                                             NCHEKUBE ONYIMA
                                             Special Assistant United States Attorney

**United States v. Jason Lipp**
**Penalties for Information**

**COUNT 1:**         JASON LIPP
VIOLATION:        36 C.F.R. § 261.6(a) – Cutting or Damaging Timber

PENALTIES:        A maximum of up to 6 months in prison; or
                              Fine of up to $5,000; or both fine and imprisonment

SPECIAL ASSESSMENT: $10 (mandatory)


**COUNT 2:**         JASON LIPP
VIOLATION:        36 C.F.R. § 261.10(a) – Constructing, Placing, or Maintaining Road

PENALTIES:        A maximum of up to 6 months in prison; or
                              Fine of up to $5,000; or both fine and imprisonment

SPECIAL ASSESSMENT: $10 (mandatory)


**COUNT 3:**         JASON LIPP
VIOLATION:        36 C.F.R. § 261.10(e) – Leaving Personal Property

PENALTIES:        A maximum of up to 6 months in prison; or
                              Fine of up to $5,000; or both fine and imprisonment

SPECIAL ASSESSMENT: $10 (mandatory)


**COUNTS 4 AND 5:** JASON LIPP
VIOLATION:        36 C.F.R. § 261.58(a) – Camping Longer than Allowed by Order

PENALTIES:        A maximum of up to 6 months in prison; or
                              Fine of up to $5,000; or both fine and imprisonment

SPECIAL ASSESSMENT: $10 (mandatory)