**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**JASON LIPP**

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-MJ-00076-JDP-1 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE |
| v. | |
| JASON LIPP, | DATE: February 19, 2026<br>TIME: 2 p.m. |
| Defendant. | COURT: Magistrate Judge Jeremy Peterson |

### STIPULATION

Defendant, Jason Lipp, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a Status Conference on February 19, 2026.

2.    The government previously sent an offer to resolve the instant case. At this time, Mr. Lipp would like to accept the government's offer to resolve this case.

3.    Due to various issues, Mr. Lipp has requested more time to facilitate transportation to Sacramento.

4.    By this stipulation, the parties now move to continue the Status Conference on February 19, 2026 until March 3, 2026 at 10am.

5.    The parties understand that this date is available to the Court for a Change of Plea.

6.    It is therefore requested that the contested hearing date currently scheduled for February

STIPULATION REGARDING CONTINUING STATUS
CONFERENCE

1

19, 2026 at 2pm be continued to March 3, 2026 at 10am before this Court.

IT IS SO STIPULATED.


Dated:  February 18, 2026                    ERIC GRANT
                                             United States Attorney


                                             /s/ *NCHEKUBE ONYIMA*
                                             NCHEKUBE ONYIMA
                                             Special Assistant United States
                                             Attorney



Dated:  February 18, 2026                    /s/ *SHELBY NICOLE ALBERTS*
                                             SHELBY NICOLE ALBERTS
                                             Counsel for Defendant
                                             Jason Lipp






                         [~~PROPOSED~~] ORDER


        IT IS SO FOUND AND ORDERED this 18th day of February, 2026.


                                             _____
                                             JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE




STIPULATION REGARDING CONTINUING STATUS                    2
CONFERENCE